FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 MAR 11 PM 2:13

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR410-224 |
| ) | |
| MICHAEL WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 29), to which objections have been filed (Doc. 33).[1] However, the Court finds Defendant's objections to be without merit. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the order of this Court. Defendant's Motion to Suppress is, therefore, **DENIED**. (Doc. 17.)

SO ORDERED this 11th day of March 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] After careful consideration, Defendant's "Motion for Extension of Time to File Objections to Recommendations and Rulings" (Doc. 31) is **GRANTED**. Although Defendant requested permission to file objections to the Report and Recommendation later than standard deadlines permit, the actual objections were filed on the same date and have been considered as noted above. (Doc. 33.)